UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SCIENTON TECHNOLOGIES, INC., et al.,

                        Plaintiff(s),                        <u>ORDER</u>

   -against-                                                     CV 04-2652 (JS)(ETB)

COMPUTER ASSOCIATES INTERNATIONAL INC.,

                        Defendant(s).
------------------------------------------------------------------------X

      The Court will extend expert discovery as proposed by the plaintiff's correspondence dated May 21, 2013 at 1, items (1)-(4).  Defendants are directed to provide updated revenue for the period April 2010 through March 2013 no later than June 30, 2013.  Thus, all expert disclosure shall be completed no later than October 31, 2013.

      A joint pre-trial order shall be filed on or before November 28, 2013.  The final conference scheduled for June 26, 2013 is rescheduled to December 10, 2013 at 11:00 a.m., by telephone.  Plaintiff's counsel is directed to initiate the conference call and to have all parties on the line prior to connecting the Court.  This is the final extension in this action.

      In all other respects, this application, including any request addressed to the claimed inconsistencies in the 57 Spreadsheet, is denied for the reasons set forth in defendant's opposition dated May 22, 2013.

**SO ORDERED:**

Dated: Central Islip, New York
       May 23, 2013

                                               /s/ E. Thomas Boyle
                                             E. THOMAS BOYLE
                                             United States Magistrate Judge